# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 22, 2018

**To:**   Laura A. Briggs
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 18-2826

Caption:
DUSTIN J. HIGGS,
Plaintiff - Appellee

v.

UNITED STATES PARK POLICE,
Defendant - Appellant

---

District Court No: 2:16-cv-00096-JMS-MJD
Clerk/Agency Rep Laura A. Briggs
District Judge Jane Magnus-Stinson
Date NOA filed in District Court: 08/22/2018

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)