## SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules.  The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time.  (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title<br><br>Dustin J. Higgs v. United States Park Police | District<br>Southern District of Indiana | D.C. Docket No.<br>2:16-cv-00096 |
|---|---|---|
| | District Judge<br>Judge Jane Magnus Stinson | Court Reporter<br>N/A |

☐ I am ordering transcript.

☑ I am not ordering transcript because: **There are no relevant transcripts.**

☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter.  Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required.  Dates must be provided:                                    Date(s)

☐ Pretrial proceedings.  Specify: _____   _____

☐ Voir Dire                                                                         _____

Trial or Hearing.  Specify: _____   _____

☐ Opening statement                                                      _____

☐ Instruction conference                                               _____

☐ Closing statements                                                     _____

☐ Court instructions                                                       _____

☐ Post-trial proceedings.  Specify: _____   _____

☐ Sentencing                                                                 _____

☐ Other proceedings.  Specify: _____   _____

Method of Payment:  ☐ Cash          ☐ Check or Money Order          ☐ C.J.A. Voucher

Status of Payment:  ☐ Full Payment          ☐ Partial Payment          ☐ No Payment Yet

Signature: s/ Gina Shields                             Telephone No. (317) 226-6333

Address: 10 W. Market St., Suite 2100
Indianapolis, IN  46204                             Date: 9/4/2018

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.  By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made.*

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/                             Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter.  Copies to: ● U.S.C.A. Clerk  ● Service Copy  ● District Court Clerk and to  ● Party / Counsel Ordering Transcript.

## CERTIFICATE OF SERVICE

I certify that on September 4, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gina M. Shields
Gina M. Shields
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax:  (317) 226-6125
Email:  Gina.Shields@usdoj.gov