UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN JOHN HIGGS,                    )
    *Plaintiff*,                         )
                                        )
  *vs*.                                 )      2:16-cv-96-JMS-MJD
                                        )
UNITED STATES PARK POLICE,            )
    *Defendant*.                        )

## ENTRY CLARIFYING ORDER

The Court's citations to Filing No. 71 on pages 2 and 33 of its June 25, 2018 Order, [Filing No. 73], should instead refer to Filing No. 66.  In its June 25, 2018 Order, the Court noted that the Park Police did not file a motion for summary judgment, but "drafted its briefing such that the Court assumes the Park Police believes that its prior Motion for Summary Judgment is still operative."  [Filing No. 73 at 1-2 n.1 (citing Filing No. 66 and Filing No. 66 at 1).]  Noting that the error was harmless, the Court stated that it would "consider the Park Police's Response to Mr. Higgs' Motion for Summary Judgment as a Cross-Motion for Summary Judgment."  [Filing No. 73 at 1-2 n.1.]  However, in the main body of the text, the Court erroneously cited to Filing No. 71 rather than Filing No. 66.  The substance of the Court's Order remains unchanged.

Date: 9/6/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

- 1 -