# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

September 11, 2018

**By the Court:**

| | |
|---|---|
| DUSTIN J. HIGGS,<br>     Plaintiff-Appellee, Cross-Appellant, | ] Appeals from the United<br>] States District Court<br>] for the Southern District |
| Nos. 18-2826 and 18-2937          v. | ] of Indiana, Terre Haute<br>] Division. |
| UNITED STATES PARK POLICE,<br>     Defendant-Appellant, Cross-Appellee. | ]<br>] No. 2:16-cv-00096-JMS-MJD<br>]<br>] Jane Magnus-Stinson,<br>]     Chief Judge. |

O R D E R

The court, on its own motion, orders that these appeals are **CONSOLIDATED** for purposes of briefing and disposition.

The briefing schedule is as follows:

1.     Defendant shall file its opening brief and required short appendix in the main appeals docketed in 18-2826 on or before October 1, 2018.

2.     Plaintiff shall file his combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed in 18-2937 on or before October 31, 2018.

3.     Defendant shall file its combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before November 30, 2018.

4.     Plaintiff shall file his reply brief, is any, in the cross-appeal on or before December 14, 2018.

**Important Scheduling Notice !**

**Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability.  The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).**