# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 4, 2018

Before

DIANE P. WOOD, *Chief Judge*

| | |
|---|---|
| Nos. 18-2826 and 18-2937 | DUSTIN J. HIGGS,<br>Plaintiff - Appellee, Cross - Appellant,<br><br>v.<br><br>UNITED STATES PARK POLICE,<br>Defendant - Appellant, Cross - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00096-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>Chief District Judge Jane Magnus-Stinson |

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTION FOR STAY PENDING APPEAL AND, IN THE ALTERNATIVE, REQUEST FOR ADMINISTRATIVE STAY PENDING CONSIDERATION OF THIS MOTION**, filed on October 2, 2018, by counsel for Defendant-Appellant/Cross-Appellee,

**IT IS ORDERED** that the request for a stay of the district court's order pending appeal is **DENIED** without prejudice to renewal after presentation to the district court. *See* Fed. R. App. P. 8(a). The district court invited the government to request an additional extension of the disclosure date in the event that it appealed. This court trusts that the district court will act promptly on this matter.

form name: **c7_Order_3J**(form ID: **177**)