IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

|  |  |
|---|---|
| DUSTIN JOHN HIGGS, | |
| Plaintiff-Appellee/Cross-Appellant, | |
| v. | Nos. 18-2826, 18-2937 |
| UNITED STATES PARK POLICE, | |
| Defendant-Appellant/Cross-Appellee. | |

## NOTICE OF WITHDRAWAL

Attorney Matthew M. Collette respectfully notifies this Court that he is withdrawing from representing the Defendant-Appellant/Cross-Appellee in the above-captioned appeal. Caroline Lopez, who is listed on the docket in this appeal, remains counsel of record.

Respectfully submitted,

/s/ Matthew M. Collette
MATTHEW M. COLLETTE
(202) 514-4214
Deputy Director
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7527
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Matthew M. Collette*
Matthew M. Collette