DUSTIN JOHN HIGGS,

    Plaintiff/Appellee, Cross-Appellant,    :    Nos. 18-2826 & 18-2937

    v.

UNITED STATES PARK POLICE,

    Defendant-Appellant, Cross-Appellee.

## APPELLLEE/CROSS-APPELLANT'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME
## TO FILE COMBINED RESPONSIVE
## AND OPENING BRIEFS

Appellee/Cross-Appellant Dustin Higgs, by undersigned counsel, respectfully requests a thirty day extension of time in which to file his combined responsive and opening briefs. In support thereof, Mr. Higgs shows the following:

1. On September 11, 2018, this Court consolidated the parties' cross-appeals and entered a Scheduling Order, directing the Park Police to file its opening brief on or before October 1, 2018; Mr. Higgs to file his combined responsive and opening briefs on or before October 31, 2018; and for the parties to file reply briefs thereafter.

2. On October 1, 2018, the Park Police filed its opening brief and appendix.

3. Pursuant to the Court's scheduling order, Mr. Higgs's combined responsive and opening brief is due on October 31, 2018.

4. Undersigned counsel is responsible for filing two briefs in the Pennsylvania Supreme Court on November 1, 2018. The court has indicated that no further extensions of time

will be permitted for the filing of those briefs. In addition, undersigned counsel is responsible for filing a third brief in the Pennsylvania Supreme Court by November 13, 2018. Under the circumstances, counsel will be unable to complete and file a professionally appropriate reply by the current due date. A sworn declaration detailing the reasons for this extension request is attached hereto.

5. Undersigned counsel has contacted Caroline Lopez, Esq., counsel for the Park Police, who has authorized counsel to represent that the Park Police does not object to this request.

WHEREFORE, Mr. Higgs respectfully requests that the Court grant him an extension of thirty days, until November 30, 2018, in which to file his combined responsive and opening briefs.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center, Suite 545-West
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Counsel for Appellant/Cross-Appellee
Dustin John Higgs

Dated: October 24, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018, the foregoing was filed electronically through

ECF/CM.  Notice of this filing will be sent to the following parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system:

Caroline D. Lopez
Attorney, Appellate Staff
Civil Division, Room 7535
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530


/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office