**DECLARATION OF MATTHEW LAWRY**
**PURSUANT TO 28 U.S.C. §1746**

I, Matthew Lawry, do hereby declare and verify as follows:

1.    My name is Matthew Lawry. I am an attorney licensed to practice law in the State of Pennsylvania. I am employed by the Federal Community Defender Office for the Eastern District of Pennsylvania, in the Capital Habeas Unit. I am counsel for Dustin Higgs in the cross-appeals, *Dustin Higgs v. United States Park Police*, Nos. 18-2826 & 18-2937 (7th Cir.).

2.    Mr. Higgs's combined responsive and opening briefs are due in this Court on October 31, 2018. With due diligence, it will not be possible for me to file the brief by the current due date.

3.    I am engaged in litigation of numerous capital collateral proceedings. In particular, I am responsible for preparing and filing briefs in two separate capital appeals for Anthony Reid in the Pennsylvania Supreme Court. Both briefs are due on November 1, 2018. *See Commonwealth v. Reid*, No. 748 CAP (Pa.); *Commonwealth v. Reid*, No. 752 CAP (Pa.). In both of those appeals, the Court has indicated that no further extensions of time will be considered. Both appeals are complex capital appeals, requiring the briefing of numerous constitutional issues. Because neither of those briefs can be deferred or continued, I am forced to give priority to them.

4.    Additionally, I am also responsible for filing a brief in the Pennsylvania Supreme Court in the capital appeal of Paul Gamboa-Taylor by November 13, 2018. *Commonwealth v. Gamboa-Taylor*, No. 767 CAP (Pa.).

5.    Furthermore, the combined responsive and opening brief to be filed in these cross-appeals in this case is complex. The Park Police filed a thirty-five page brief attacking the correctness of the District Court's ruling in this Freedom of Information Act ("FOIA") case. The

1

combined brief for Mr. Higgs must both address those arguments and show that the District Court's ruling denying some of this FOIA requests was erroneous. These are complex issues that require addressing the specialized body of FOIA caselaw.

6. As the result of the competing demands of other litigation and the complexity of this appeal, I will not be able with due diligence to file a professionally appropriate brief by the current due date of October 31, 2018.

7. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. §1746.

_____
Matthew Lawry