# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 25, 2018

*By the Court:*

| | |
|---|---|
| Nos. 18-2826 and 18-2937 | DUSTIN J. HIGGS,<br>Plaintiff - Appellee, Cross - Appellant<br><br>v.<br><br>UNITED STATES PARK POLICE,<br>Defendant - Appellant, Cross - Appellee |

**Originating Case Information:**

District Court No: 2:16-cv-00096-JMS-MJD
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

Upon consideration of the **APPELLEE/CROSS-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMBINED RESPONSIVE AND OPENING BRIEFS**, filed on October 24, 2018, by counsel for Plaintiff-Appellee/Cross-Appellant.

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. Plaintiff shall file his combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed in 18-2937 on or before November 30, 2018.

2. Defendant shall file its combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before December 31, 2018.

3. Plaintiff shall file his reply brief, is any, in the cross-appeal on or before January 14, 2019.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)