# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

December 3, 2018

| No. 18-2826 | DUSTIN J. HIGGS,<br>Plaintiff - Appellee<br><br>v.<br><br>UNITED STATES PARK POLICE,<br>Defendant - Appellant |
| --- | --- |
| No. 18-2937 | DUSTIN J. HIGGS,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES PARK POLICE,<br>Defendant - Appellee |

| **Originating Case Information:** |
| --- |
| District Court No: 2:16-cv-00096-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>Clerk/Agency Rep Laura A. Briggs<br>District Judge Jane Magnus-Stinson |

**To:** Matthew C. Lawry
OFFICE OF THE FEDERAL COMMUNITY DEFENDER
Eastern District of Pennsylvania - Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the

revised document must be served upon all other parties. **The substance of the document must not be changed;** <u>only</u> the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

There is no Cir. R. 30(d) statement or it is not signed. Appellant's or petitioner's brief must contain counsel's affirmative statement that all materials required by Cir. R. 30(a) and (b) are included in the appendix. See Cir. R. 30(d). False certificate under Rule 30(d) is sufficient reason for substantial fines or summary affirmance. <u>United States v. Rogers</u>, 270 F.3d 1076, 1085 (7th Cir. 2001); <u>In Re: Mix</u>, Disciplinary Case D-134, 901 F.2d 143 (7th Cir. 1990); <u>Mortell v. Mortell</u>, 887 F.2d 1322 (7th Cir. 1989).  **Please verify, in the statement, that all materials required are included in the Defendant/Appellant's brief/short appendix and all other materials required are in the separate appendix submitted by Plaintiff/Appellee.**

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

_____

Mathew A. Nowak

NOTE:    Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**(form ID: **187**)