# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I filed the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

s/ H. Thomas Byron III
H. Thomas Byron III