IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DUSTIN JOHN HIGGS, <br><br>     Plaintiff-Appellee/Cross-Appellant, <br><br> v. <br><br> UNITED STATES PARK POLICE, <br><br>     Defendant-Appellant/Cross-Appellee. | Nos. 18-2826, 18-2937 |

**MOTION FOR EXTENSION OF TIME
TO FILE THE GOVERNMENT'S RESPONSE AND REPLY BRIEF**

Pursuant to Seventh Circuit Rule 26, the government hereby moves for a 30-day extension of time to and including January 30, 2019, to file its brief, which is currently due December 31, 2018. The reasons for this motion are explained in the accompanying declarations of counsel. Counsel for plaintiff has indicated that they do not oppose this request.

Respectfully submitted,

s/ Caroline D. Lopez
CAROLINE D. LOPEZ
  Attorney, Appellate Staff
  Civil Division, Room 7535
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 514-4825

DECEMBER 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

s/ Caroline D. Lopez
CAROLINE D. LOPEZ

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

|  |  |
|---|---|
| DUSTIN JOHN HIGGS,<br><br>    Plaintiff-Appellee/Cross-Appellant,<br><br>        v.<br><br>UNITED STATES PARK POLICE,<br><br>    Defendant-Appellant/Cross-Appellee. | Nos. 18-2826, 18-2937 |

**MOTION FOR EXTENSION OF TIME
TO FILE THE GOVERNMENT'S RESPONSE AND REPLY BRIEF**

**DECLARATION OF CAROLINE D. LOPEZ IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE THE
GOVERNMENT'S RESPONSE AND REPLY BRIEF**

I, Caroline D. Lopez, hereby state as follows.

1. I am an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice. I am the lead counsel for this case, and I am primarily responsible for the preparation and filing of the government's upcoming response and reply brief in this appeal, in conjunction with Department of Justice attorney H. Thomas Byron.

2. The government filed its opening brief on October 1, 2018. After receiving a 30-day extension, plaintiff submitted his combined principal and response brief on November 30, 2018. Plaintiff filed the revised principal and response brief on December 3, 2018. The government's response and reply brief is currently due on December 31, 2018. This matter is not currently scheduled for oral argument.

3. The government has not previously sought an extension of time and counsel for plaintiff indicated he does not oppose this request for a 30-day extension.

4. The requested extension of time is necessary because counsel for the government in this matter, Caroline D. Lopez and H. Thomas Byron, have a number of other appellate matters with impending deadlines that will make it difficult to prepare the brief in this case under the present schedule. In addition to a number of internal matters, these include: *Tun-Cos v. Perrotte*, No. 18-1451 (4th Cir.) (supervising oral argument on December 11); *New York Times v. DOJ*, No. 17-2066 (2d Cir.) (presenting oral argument on December 13); *Nassiri v. Berryhill*, No. 18-55304 (9th Cir.) (response brief due December 28); *District Hospitals Partners, LP v. Azar*, Nos. 18-5290, 18-5295, 18-5296 (D.C. Cir.) (consol.) (reply in

support of motion to dismiss due January 4); *ACLU v. DHS*, No. 18-15907 (9th Cir.) (reply brief due January 7); *Texas Retailers Ass'n v. USDA*, No. 50895 (5th Cir.) (reply brief due January 7); *Klayman v. Trump*, No. 17-5281 (D.C. Cir.) (supervising oral argument on January 9); *Montgomery v. Comey*, No. 18-5097 (D.C. Cir.) (supervising oral argument on January 9); *AFGE v. FLRA*, No. 18-1195 (D.C. Cir.) (intervenor's brief due on January 11); *Attkisson v. Holder*, No. 18-1677 (4th Cir.) (supervising oral argument tentatively scheduled for January 29-31 sitting).

5. Caroline D. Lopez will also be on pre-scheduled leave from December 21, 2018 through December 27, 2018 and on January 9, 2018, and H. Thomas Byron will be traveling for work from December 10, 2018 through December 13, 2018, and on pre-scheduled leave from December 21, 2018 through January 4, 2019. In addition, personnel in other interested government agencies and components are also likely to be on previously scheduled leave during the period around the holidays, and government offices have been or will be closed or operating with limited services on December 5, December 24, December 25, December 31, January 1, and January 21.

6.   For the foregoing reasons, the requested 30-day extension is warranted to ensure an adequate opportunity to prepare the government's response and reply brief in this case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Caroline D. Lopez
CAROLINE D. LOPEZ
  Attorney, Appellate Staff
  Civil Division, Room 7535
  U.S. Department of Justice

Executed on December 10, 2018