# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 10, 2018

*By the Court:*

| | |
|---|---|
| Nos. 18-2826 & 18-2937 | DUSTIN J. HIGGS, Plaintiff - Appellee, Cross - Appellant <br><br> v. <br><br> UNITED STATES PARK POLICE, Defendant - Appellant, Cross - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00096-JMS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge Jane Magnus-Stinson |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FIEL THE GOVERNMENT'S RESPONSE AND REPLY BRIEF**, filed on December 10, 2018, by counsel for the appellant/cross-appellee,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. Defendant shall file its combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before January 30, 2019.

2. Plaintiff shall file his reply brief, is any, in the cross-appeal on or before February 20, 2019.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)