# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## BRIEF DEFICIENCY LETTER - FAILURE TO FILE REQUIRED PAPER COPIES

December 13, 2018

| | |
|---|---|
| No. 18-2826 | DUSTIN J. HIGGS,<br>Plaintiff - Appellee<br><br>v.<br><br>UNITED STATES PARK POLICE,<br>Defendant - Appellant |
| No. 18-2937 | DUSTIN J. HIGGS,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES PARK POLICE,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00096-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00096-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>Clerk/Agency Rep Laura A. Briggs<br>District Judge Jane Magnus-Stinson |

**To:** Matthew C. Lawry
OFFICE OF THE FEDERAL COMMUNITY DEFENDER
Eastern District of Pennsylvania - Capital Habeas Unit
601 Walnut Street
Suite 545 West

Philadelphia, PA 19106

The Appellee/Cross-Appellant brief was electronically filed on November 30, 2018. The paper copies of this brief were due to be submitted to the Clerk's Office by December 10, 2018. The paper copies have not been received by this court.

Pursuant to the Electronic Case Filing Procedures (h)(2) :

> Filers are also required to submit the necessary number of duplicate paper copies of briefs, appendices and petitions for rehearing, in accordance with Fed. R. App. P. 30(a)(3) and Circuit Rules 31(b) and 40(b). Duplicate paper copies must be received by the Clerk within seven days of the Notice of Docket Activity generated upon acceptance of the electronic brief or appendices. Duplicate paper copies of petitions for rehearing must be submitted within three days of the Notice of Docket Activity. [amended 05/24/2011]

Submission of the paper copies of the briefs must be accomplished within **seven (7)** days of this notice or the court may issue a Rule of Show Cause order pursuant to Circuit Rule 31.

form name: **c7_Brief_Deficiency_Ltr_PaperCopies**(form ID: **243**)