IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

|  |  |
|---|---|
| DUSTIN JOHN HIGGS, | |
| Plaintiff-Appellee/Cross-Appellant, | |
| v. | Nos. 18-2826, 18-2937 |
| UNITED STATES PARK POLICE, | |
| Defendant-Appellant/Cross-Appellee. | |

## MOTION FOR A STAY OF BRIEFING
## IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to Seventh Circuit Rule 26, the government hereby moves for a stay of its time to file its response and reply brief, which is currently due January 30, 2019. The reasons for this motion are explained in the accompanying declarations of counsel. Counsel for plaintiff has indicated that they do not oppose this request.

Respectfully submitted,

s/ Caroline D. Lopez
CAROLINE D. LOPEZ
  Attorney, Appellate Staff
  Civil Division, Room 7535
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 514-4825

DECEMBER 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

 s/ Caroline D. Lopez     
CAROLINE D. LOPEZ

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

|  |  |
|---|---|
| DUSTIN JOHN HIGGS, | |
| Plaintiff-Appellee/Cross-Appellant, | |
| v. | Nos. 18-2826, 18-2937 |
| UNITED STATES PARK POLICE, | |
| Defendant-Appellant/Cross-Appellee. | |

**MOTION FOR A STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS**

**DECLARATION OF CAROLINE D. LOPEZ IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE THE
GOVERNMENT'S RESPONSE AND REPLY BRIEF**

I, Caroline D. Lopez, hereby state as follows.

1. I am an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice. I am the lead counsel for this case, and I am primarily responsible for the preparation and filing of the government's upcoming response and reply brief in this appeal, in conjunction with Department of Justice attorney H. Thomas Byron.

2. The government filed its opening brief on October 1, 2018. After receiving a 30-day extension, plaintiff submitted his combined principal and response brief on November 30, 2018. Plaintiff filed the revised principal and response brief on December 3, 2018. The government's response and reply brief is currently due on January 30, 2019, as previously extended. This matter is not currently scheduled for oral argument.

3. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

4. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department. The government requests that, at that point, all current

deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Counsel for plaintiff has authorized counsel for the government to state that they have no objection to this motion.

7. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the government hereby requests that the briefing in this case be stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Caroline D. Lopez
CAROLINE D. LOPEZ
  Attorney, Appellate Staff
  Civil Division, Room 7535
  U.S. Department of Justice

Executed on December 31, 2018