# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

January 4, 2019

**By the Court:**

| | |
|---|---|
| DUSTIN J. HIGGS,<br>    Plaintiff-Appellee, Cross-Appellant, | ] Appeals from the United<br>] States District Court<br>] for the Southern District |
| Nos. 18-2826 & 18-2937    v. | ] of Indiana, Terre Haute<br>] Division. |
| UNITED STATES PARK POLICE,<br>    Defendant-Appellant, Cross-Appellee. | ]<br>] No. 2:16-cv-00096<br>] |
| | ] Jane Magnus-Stinson,<br>]    Chief Judge. |

### O R D E R

The Jurisdictional Statement in the brief of appellee/cross-appellant does not comply with Circuit Rule 28(a) which requires that an appellant identify the basis of the district court's jurisdiction and all the information Circuit Rule 28(a)(2) requires as to this court's jurisdiction. Appellee/cross-appellant must provide this information in its jurisdictional statement because it is an "appellant." Accordingly,

IT IS ORDERED that appellee/cross-appellant file a paper captioned "Amended Jurisdictional Statement" no later than January 11, 2019, that provides the omitted information noted above and otherwise complies with all the requirements of both Circuit Rules 28(a) and (b).

IT IS FURTHER ORDERED that the clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellee/cross-appellant's "Amended Jurisdictional Statement" to the assigned merits panel.