# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

DUSTIN JOHN HIGGS,

    Plaintiff-Appellee, Cross-Appellant,

       v.

UNITED STATES PARK POLICE,

    Defendant-Appellant, Cross-Appellee.

Nos. 18-2826 &
18-2937

## APPELLLEE/CROSS-APPELLANT'S AMENDED JURISDICTIONAL STATEMENT

Plaintiff invoked the district court's jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1346 (U.S. Government defendant), and 5 U.S.C. § 552(a)(4)(B) (Freedom of Information Act). On June 25, 2018, the district court entered final judgment. The United States filed a timely appeal on August 22, 2018. Plaintiff filed a timely cross appeal on September 5, 2018. This Court has jurisdiction pursuant to 28 U.S.C. § 1291.

The jurisdictional summary in Appellant/Cross-Appellee's brief is complete and correct.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center, Suite 545-West
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Counsel for Appellant/Cross-Appellee
Dustin John Higgs

Dated: January 9, 2019

# CERTIFICATE OF COMPLIANCE

This statement complies with the requirements of Circuit Rule 28(a) and (b).

/s/ Matthew C. Lawry
Matthew C. Lawry

Dated:  January 9, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, the foregoing was filed electronically through ECF/CM. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Caroline D. Lopez
Attorney, Appellate Staff
Civil Division, Room 7535
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office