# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

**_LEIGH M. SKIPPER_**
CHIEF FEDERAL DEFENDER

PHONE NUMBER (215) 928-1100
FAX NUMBER (215) 928-1112
FAX NUMBER (215) 928-0822
FAX NUMBER (215) 861-3159

**_HELEN A. MARINO_**
FIRST ASSISTANT FEDERAL
DEFENDER

April 5, 2019

Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

> **Re:** **_Higgs v. United States Park Police_, Nos. 18-2826 & 2937**
> **Dustin Higgs's Notice of Supplemental Authority,**
> **Pursuant to Federal Rule of Appellate Procedure 28(j)**

Dear Mr. Agnello:

Dustin Higgs, through counsel, submits this notice of supplemental authority. At oral argument, Judge Bauer questioned whether and to what extent a ruling in Mr. Higgs's favor would affect the availability of grand jury materials under the Freedom of Information Act. We submit this letter to give a fuller answer to that question.

Exemption 3 to the Freedom of Information Act grants broad protection to materials that are "specifically exempted from disclosure by statute." 5 U.S.C. § 552(b)(3). This Court has held that Exemption 3 categorically exempts grand jury materials from disclosure under FOIA: the "identity of [a] witness before a grand jury and discussion of that witness'[s] testimony" are exempt from disclosure, as they "fall[] squarely within" the prohibition against disclosure of Federal Criminal Rule Rule 6(e). _Silets v. U.S. Dep't of Justice_, 945 F.2d 227, 230 (7th Cir. 1991) (en banc).

Under *Silets*, the broad, categorical protection of grand jury materials under Exemption 3 and Rule 6(e) would not be affected by a ruling on whether the materials at issue in this case can be withheld under Exemptions 7(C) or (D).

Respectfully submitted,


/s/ Matthew C. Lawry

Matthew C. Lawry
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

/s/ Stephen H. Sachs

Stephen H. Sachs
WilmerHale LLP
Five Roland Mews
Baltimore, MD 21210
(410) 532-8405
Steve.Sachs@wilmerhale.com