# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 13, 2019

Before:   DIANE P. WOOD, *Chief Circuit Judge*
WILLIAM J. BAUER, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| Nos. 18-2826, 18-2937 | DUSTIN JOHN HIGGS, Plaintiff - Appellee, Cross - Appellant<br><br>v.<br><br>UNITED STATES PARK POLICE, Defendant - Appellant, Cross - Appellee |

**Originating Case Information:**

District Court No: 2:16-cv-00096-JMS-MJD
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

We therefore **REVERSE** the district court's grant of summary judgment in favor of Higgs, as it applies to the documents under Exemption 7(C), and we **AFFIRM** its judgment in favor of the government for the documents protected by Exemption 7(D). Costs will be taxed against Higgs. The above is in accordance with the decision of this court entered this date.

form name: **c7_FinalJudgment**(form ID: **132**)